**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLEVER COVERS, INC.                        CASE NO: 6:06-cv-511-GAP-DAB
d/b/a STORM STOPPERS,
a Florida corporation,

        Plaintiff,

v.

SOUTHWEST FLORIDA
STORM DEFENSE, L.L.C.,
JACK DAVID MCGUIRE and
TRACY SUSANNE MCGUIRE
individually and together d/b/a STORM DEFENSE and
d/b/a STORM DEFENSE USA,
MICHAEL JOSEPH GALBRAITH, II,
STORM DEFENSE OF CAPE CORAL, L.L.C.,
ROD WOODBURY and
KIM STILLWELL
individually and together d/b/a STORM DEFENSE
OF CAPE CORAL,
JAMES WARREN,
individually and d/b/a STORM DEFENSE USA
FORT MYERS,
DENNIS SHAW and MICHAEL SHAW,
individually and together d/b/a KWIK FIX and
d/b/a STORM DEFENSE USA NORTH FORT MYERS,
FLORIDA STORM SAFE PANELS, INC.,
PAUL B. KUTTLER, and
SANDRA MCGILL,

        Defendants.
_____/

**PERMANENT INJUNCTION**

THIS CAUSE comes before the Court for consideration of the parties' Stipulated Motion for Entry of Permanent Injunctive Relief (Doc. 43). The Court has considered the Stipulation and has determined that a permanent injunction should be entered.

1

Therefore, it is ORDERED that:

1. Defendants STORM DEFENSE OF CAPE CORAL, L.L.C., a Florida limited liability company, ROD WOODBURY, an individual, KIM STILLWELL, an individual, and Storm Defense of Cape Coral, L.L.C., Woodbury, and Stillwell together d/b/a STORM DEFENSE OF CAPE CORAL ("Defendants") and their respective owners, directors, officers, employees, agents, attorneys, successors, assigns, and those persons in active concert or participation with them are hereby **PERMANENTLY ENJOINED AND PROHIBITED** from using any textual, sound, and visual imagery material in Plaintiff's "*Storm-Stoppers.com Website*" and "*Installation instructions for storm stoppers*" copyrighted works as embodied in U.S. Copyright Registration Numbers TX-6-188-379 and TX-6-188-380 or any other combination or derivation thereof in any manner whatsoever including but not limited to using same in any business activity or organization or in connection with the offering for sale or sale of any product or service.

2. This limitation encompasses, but is not limited to, a restriction on the use of the above copyrights and any other combination or derivation thereof in all advertising and marketing materials, business cards, letterhead, websites, meta-tags, building, road, and vehicle signage, corporate or other business entity names, fictitious names, and federal or state trademark or copyright applications.

3. Should Defendants elect to continue with their business, Defendants shall refrain from communicating orally, in writing, or any other conceivable manner that the business Storm Defense of Cape Coral, L.L.C., Storm Defense of Cape Coral, or the individuals Rod Woodbury and Kim Stillwell are or were "formerly known as" or "formerly associated with" (or words to that effect) the Plaintiff in this matter.

    4.       This Permanent Injunction shall be effective immediately.

**DONE AND ORDERED** in Orlando, Florida this 31st day of August, 2006.

**Copies furnished to:**

Counsel of record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE