# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLEVER COVERS, INC.,**

              **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-511-Orl-31DAB**

**SOUTHWEST FLORIDA STORM DEFENSE, LLC, JACK DAVID MCGUIRE, TRACY SUSANNE MCGUIRE, MICHAEL JOSEPH GALBRAITH, II, DENNIS SHAW, MICHAEL SHAW, FLORIDA STORM SAFE PANELS, INC., PAUL B. KUTTLER and SANDRA MCGILL,**

              **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT SOUTHWEST FLORIDA STORM DEFENSE, L.L.C. (Doc. No. 71)**
>
> **FILED:**     **July 13, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.
>
> **MOTION:**     **PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANTS JACK DAVID MCGUIRE & TRACY SUSANNE MCGUIRE (Doc. No. 72)**
>
> **FILED:**     **July 13, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiff Clever Covers, Inc. d/b/a Storm Stoppers seeks default judgments against three of the Defendants who have failed to defend in the case. Doc. Nos. 71, 72. On December 1, 2006, the Court entered an Order allowing counsel for individual Defendants Jack David McGuire and Tracy Susanne McGuire – principals of Defendant Southwest Florida Storm Defense – to withdraw as attorney of record and cautioning these Defendants that they were then proceeding *pro se*. At that time, the Court denied counsel's withdrawal as to Southwest Florida Storm Defense, L.L.C., but cautioned that its continued failure to cooperate with counsel "may cause it to suffer the consequences of compromised legal representation, and may result in a having a default judgment entered against it." Doc. No. 53.

On June 6, 2007, Judge Presnell granted the Motion to Withdraw as Attorney filed by counsel for Defendant Southwest Florida Storm Defense, L.L.C. and ordered the company to find new counsel within twenty days or be subject to default judgment. Doc. No. 67. It has been more than 30 days since entry of the Order and the Defendant has failed to retain new counsel, evinced by the lack of any Notice of Appearance. Plaintiff's counsel has repeatedly attempted to contact the McGuire Defendants during the discovery phase, to no avail. Doc. No. 72.

On July 18, 2007, the Court ordered all three of these Defendants to show cause why default judgment should not be entered against them. The Court docket indicates official mailings to them from the Clerk – including the Order to Show Cause – have been returned as undeliverable as recently as July 25, 2007. Accordingly, it is respectfully **RECOMMENDED** that default judgment be entered against Defendant Southwest Florida Storm Defense, L.L.C., for failure to obey the Court's order to obtain new counsel. It is further respectfully **RECOMMENDED** that default judgment be entered against Defendants Jack David McGuire and Tracy Susanne McGuire as a sanction for the failure to cooperate in discovery and the failure to keep the Court informed of their address for service of documents.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 1, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy