**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLEVER COVERS, INC.,**

        **Plaintiff,**

-vs-                                                                                                            Case No. 6:06-cv-511-Orl-31DAB

**SOUTHWEST FLORIDA STORM**
**DEFENSE, LLC, JACK DAVID**
**MCGUIRE, TRACY SUSANNE**
**MCGUIRE, MICHAEL JOSEPH**
**GALBRAITH, II, DENNIS SHAW,**
**MICHAEL SHAW, FLORIDA STORM**
**SAFE PANELS, INC., PAUL B. KUTTLER**
**and SANDRA MCGILL,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Motions for entry of default (Doc. Nos. 71 and 72) filed July 13, 2007.

On August 1, 2007, the United States Magistrate Judge issued a report (Doc. No. 74) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    That the Plaintiff's Motions for entry of default are GRANTED.

3.    The Clerk is directed to enter default against the Defendants, Southwest Florida Storm Defense, LLC, Jack David McGuire and Tracy Susanne McGuire.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of August, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE