**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLEVER COVERS, INC.,**

        **Plaintiff,**

**-vs-**                                                           **Case No. 6:06-cv-511-Orl-31DAB**

**SOUTHWEST FLORIDA STORM**
**DEFENSE, LLC, JACK DAVID**
**MCGUIRE, TRACY SUSANNE**
**MCGUIRE, MICHAEL JOSEPH**
**GALBRAITH, II, DENNIS SHAW,**
**MICHAEL SHAW, FLORIDA STORM**
**SAFE PANELS, INC., PAUL B. KUTTLER**
**and SANDRA MCGILL,**

        **Defendants.**
_____

# ORDER

This cause comes before the Court on Plaintiff's Motion for Final Default Judgment (Doc. No. 82) against Defendants: Southwest Florida Storm Defense, LLC; Jack David McGuire; Tracy Susanne McGuire; Michael Joseph Galbraith II; Dennis Shaw and Michael Shaw, filed November 7, 2007.

On December 18, 2007, the United States Magistrate Judge issued a report (Doc. No. 86) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.     The Plaintiff's Motion for Final Default Judgment is GRANTED.

3. Judgment should be entered in favor of the Plaintiff Clover Covers, Inc., against Defendants Jack McGuire, Tracy McGuire, Michael Galbraith and Southwest Florida Storm Defense, LLC, jointly and severally for a total of $62,000.00 ($31,000.00 per infringed copyright).

4. Judgment should entered in favor of Plaintiff Clover Covers, Inc., against Defendants Dennis Shaw and Michael Shaw (d/b/a Storm Defense USA), jointly and severally, in the total amount of $30,000.00 ($15,000.00 per infringed copyright).

5. The Court will enter a permanent injunction tailored to the Defendants' infringing conduct.

6. The Plaintiff shall be awarded attorney's fees in the amount of $16,125.00 and Judgment should be entered in favor of the Plaintiff Clover Covers, Inc., against the six defendants: Southwest Florida Storm Defense, LLC; Jack David McGuire; Tracy Susanne McGuire; Michael Joseph Galbraith II; Dennis Shaw and Michael Shaw (d/b/a Storm Defense USA) jointly and severally.

7. The Clerk is directed to enter Judgment as stated above and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 9th day of January, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE