# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLEVER COVERS, INC.,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-511-Orl-31DAB**

**SOUTHWEST FLORIDA STORM DEFENSE, LLC, JACK DAVID MCGUIRE, TRACY SUSANNE MCGUIRE, MICHAEL JOSEPH GALBRAITH, II, DENNIS SHAW, MICHAEL SHAW, FLORIDA STORM SAFE PANELS, INC., PAUL B. KUTTLER and SANDRA MCGILL,**

          **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR COURT TO ENDORSE OR APPROVE WRIT OF EXECUTION ISSUED BY CLERK (Doc. No. 95)**
>
> **FILED:** October 10, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** and the Writ of Execution (Doc. No. 95-5) previously issued by the District Clerk be endorsed or approved to authorize the U.S. Marshal's Service in Lee County, Florida to levy property belonging to Defendant Dennis Shaw.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 17, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy