**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLEVER COVERS, INC.,**

                **Plaintiff,**

-vs-                                                  Case No. 6:06-cv-511-Orl-31DAB

**SOUTHWEST FLORIDA STORM
DEFENSE, LLC, JACK DAVID
MCGUIRE, TRACY SUSANNE
MCGUIRE, MICHAEL JOSEPH
GALBRAITH, II, DENNIS SHAW,
MICHAEL SHAW, FLORIDA STORM
SAFE PANELS, INC., PAUL B. KUTTLER
and SANDRA MCGILL,**

                **Defendants.**
_____

# ORDER

This matter came before the Court without oral argument upon consideration of Plaintiff's, Clever Covers, Inc. ("Plaintiff"), Motion for Miscellaneous Relief (the "Motion") (Doc. 138), U.S. Magistrate Judge David A. Baker's Report and Recommending regarding same (Doc. 139), and Plaintiff's Objection thereto (Doc. 140). Upon review, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 139) is **CONFIRMED** and **ADOPTED** in part;

2. Plaintiff's Objection (Doc. 140) is **SUSTAINED**;

3. Plaintiff's Motion (Doc. 138) is **GRANTED**.

4. By no later than **Friday, May 7, 2010**, Garnishee SunTrust Bank shall liquidate, release and deliver funds in an amount equal to $3,721.23 and the ten (10) silver dollars from Dennis Shaw's safety deposit box maintained at Garnishee's Merchants Crossing branch in North Fort Myers, Florida, to Travis Hollifield, Esq., in partial satisfaction of the Court's judgment entered on January 11, 2008. (Doc. 91);

5. Plaintiff shall obtain a valuation of the ten silver dollars to ascertain whether the coins have a value in excess of one dollar per coin so as to allow proper credit against judgment debtor Shaw's obligation. Plaintiff shall be permitted to deduct the reasonable cost of such valuation from the amount to be credited; and

6. By no later than **Friday, May 28, 2010**, Plaintiff shall file a status report with the Court concerning the foregoing and indicating whether the writ of garnishment to Garnishee SunTrust Bank may be dissolved.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 23, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE